IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-03790-KAS

BISSER LISSITCHEV,

    Petitioner,

v.

JUAN BALTASAR,
ROBERT HAGAN,
KRISTI NOEM,
PAMELA BONDI and
TODD LYONS,

    Respondents.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the order (ECF No. 17) of Magistrate Judge Kathryn A. Starnella entered on January 6, 2026, it is

ORDERED that the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (ECF No. 1) is granted. It is

IT IS FURTHER **ORDERED** that the Respondent release Mr. Lissitchev from custody, subject to the preexistin Order of Supervision.

IT IS FURTHER **ORDERED** that the parties file a **Joint Status Report by January 13, 2026**, updating the Court on the Respondent's compliance with this Order;

IT IS FURTHER **ORDERED** that, pursuant to 28 U.S.C. § 2412(d)(1), Mr.

Lissitchev shall, within 30 days of final judgment in the action, submit to the court an application for fees and other expenses which shows that Mr. Lissitchev is the prevailing party and is eligible to receive an award under that statutory provision; and

Dated at Denver, Colorado this 7th day of January, 2026.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By:   s/L. Galera, Deputy Clerk